

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-15-00473-CV

**TEXAS DEPARTMENT OF INSURANCE**—Division of Workers' Compensation and
Commissioner Ryan Brannan, in his official capacity,
Appellants

v.

Dale **BRUMFIELD**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07374
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On August 1, 2016, appellee filed a motion for rehearing en banc. The Court has considered the motion. Appellee's motion for rehearing en banc is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court